

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. |
| JOSE CERVANTES (1)<br>JOAQUIN GAVILAN (2) | § § § | 3-13CR0282-B |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Possession with the Intent to Distribute Methamphetamine; Aiding and Abetting
(Violation of 21 U.S.C. § 841(b)(1)(A)(viii); 18 U.S.C. § 2)

The United States Attorney charges:

On or about June 4, 2013, in the Dallas Division of the Northern District of Texas, the defendants, **Joaquin Gavilan** and **Jose Cervantes**, aided and abetted by each other, knowingly and intentionally possessed with the intent to distribute 500 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(A)(viii) and 18 U.S.C. § 2.

Indictment - Page 1

<u>Forfeiture Notice</u>
[21 U.S.C.§§ 853(a) and 970]

Upon conviction for the offense alleged in Count One of this Indictment, the defendants, **Joaquin Gavilan** and **Jose Cervantes**, shall forfeit to the United States all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

A TRUE BILL:

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
JOHN KULL
Assistant United States Attorney
Texas State Bar No. 00791057
1100 Commerce Street, 3rd Floor
Dallas, Texas  75242-1699
Telephone:  214.659.8600
Facsimile:  214.659.8803
E-mail: john.kull@usdoj.gov

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JOSE CERVANTES (01)
JOAQUIN GAVILAN (02)

### INDICTMENT

21 U.S.C. §841(b)(1)(A)(viii); 18 U.S.C. § 2
Possession with the Intent to Distribute Methamphetamine;
Aiding and Abetting

21 U.S.C. § 853(a) and 970
Forfeiture Notice

1 Count

A true bill rendered

__DALLAS__ __FOREPERSON__

Filed in open court this __24th__ day of July, A.D., 2013.

_____ Clerk

**Warrants To Issue for both Defendants: Jose CERVANTES (1) and Joaquin GAVILAN (2) ** both currently in ICE custody @ Lew Sterrett/Dallas County**

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
NO Criminal Matter pending